**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.  **CV 14-1884-JFW (JEMx)**                                    Dated: **December 12, 2014**

Title:        Nancy Johnson -v- Princess Cruise Lines, Ltd.

---

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Kamilla Sali-Suleyman for Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS):          **ORDER OF DISMISSAL**

    In the Notice of Settlement filed on December 12, 2014, Dkt. No. 40, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before December 31, 2014. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until December 31, 2014. Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.